**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Mark Latimer,                                         Civil No. 09-3211 (RHK/RLE)

                 Plaintiff,                             **ORDER**

vs.

Warden of Moose Lake, Greg Carlson,
MSOP Director, Deb Schadegg, H.R.V. Officer,

                 Defendants.

---

       This matter is venued in the Fifth Division.

       All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: November 19, 2009

                                                      s/Richard H. Kyle
                                                      RICHARD H. KYLE
                                                      United States District Judge